IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 16-358 |
| v. | : | |
| | : | CIVIL ACTION |
| ROGELIO ENRIQUE LOPEZ-BATISTA | : | No. 18-4965 |

**<u>ORDER</u>**

AND NOW, this 24th day of July, 2020, upon consideration of pro se Defendant Rogelio Lopez-Batista's Motion to Vacate, Set Aside or Correct a Sentence By a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, the Government's response, and Lopez-Batista's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 62) is DENIED. In light of this ruling, Lopez-Batista's Motion for Updates and Status of Pending 2255 Petition (Document 71) is DISMISSED as moot.

A certificate of appealability shall not issue, as Lopez-Batista has not demonstrated that reasonable jurists would debate the correctness of this ruling.

The Clerk of Court is DIRECTED to mark the above-captioned civil case CLOSED.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, C.J.